BISSELL *against* HALL.

*Judgments re-
coveredinother
states are con-
sidered as sim-
ple contracts
in this state, to
which the sta-
tute of limita-
tions may be
pleaded in bar.*

IN ERROR, on *certiorari*, from a justice's court. *Hall* sued *Bissell*, before the justice, in an action of debt on a judgment obtained in the state of *Connecticut*, in 1803. The defendant pleaded the statute of limitations, and the justice overruled the plea, on the ground that it could not be pleaded in bar of an action of debt on a judgment. There was no evidence to take the case out of the statute, and judgment was given by the court below for the plaintiff.

*Per Curiam.* The plea of the statute of limitations was improperly overruled by the justice. Judgments of the courts of other states are considered in this state as simple contracts only, to which the statute of limitations may be pleaded. It was so decided by this court in the case of *Hubbell* v. *Cowdrey.* (5 *Johns. Rep.* 131.) The judgment below must, therefore, be reversed.

Judgment reversed.